## In the matter of George W. Blue.

*Board of supervisors—Power as to witnesses.*

A board of supervisors has power to subpœna witnesses (Comp. L. § 469), but cannot arrest or commit them for contempt in refusing to appear.

Habeas corpus. This is an application for a writ of *habeas corpus* to obtain the release of the petitioner, who had been taken into custody by the sheriff of Wexford county under an attachment issued to that officer by the chairman of the board of supervisors. The attachment directed the sheriff to " attach " the said Blue and other persons therein named, and " bring them  *  *  *  forthwith before the board of supervisors  *  *  *  at the city council rooms in the city of Cadillac  *  *  *  to testify as to certain matters, said persons having been theretofore subpœnaed for that purpose and not having appeared." Motion submitted and disposed of June 21.

*Jonathan G. Ramsdell* for the writ.

Attorney General *Jacob J. Van Riper* against.

The court held that the board of supervisors had power to subpœna (Comp. Laws, § 469) but not to arrest or commit for contempt, and as the petitioner had already been released, farther proceedings under the writ would be unnecessary.